UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOARD OF TRUSTEES OF THE
INTERNATIONAL BROTHERHOOD OF
TEAMSTERS LOCAL UNION NO. 445
FREIGHT DIVISION BENEFIT FUNDS,

           Plaintiff,

-against-

A & W PRODUCTS CO., INC.,

           Defendant.

**ORDER**

23-CV-00011 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Plaintiff initiated this action by filing a complaint on January 3, 2023. (Doc. 1). On January 10, 2023, Plaintiff filed an affidavit of service, indicating service of the summons and complaint on Defendant. (Doc. 6). There has been no activity on the docket since the filing of the affidavit of service.

    Plaintiff is directed to comply with this Court's Individual Practices Rule 4(B) by March 13, 2023. Failure to strictly comply with this Court's Individual Practices and this order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil procedure 41(b).

SO ORDERED.

Dated:  White Plains, New York
         February 13, 2023

                                      Philip M. Halpern
                                      United States District Judge