UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BOARD OF TRUSTEES OF THE INTERNATIONAL )
BROTHERHOOD OF TEAMSTERS LOCAL UNION )
NO. 445 FREIGHT DIVISION BENEFIT FUNDS, )
                                                               )       Index No.: 23-11 (PMH)
                          Plaintiffs, )
                                                                )       DEFAULT JUDGMENT
                                                                )
          -against- )
                                                                 )
A & W PRODUCTS CO., INC., )
                                                                )
                            Defendant. )

---

This action having been commenced on January 3, 2023 with the filing of the summons and complaint and the summons and complaint were served upon the Employer on January 5, 2023 via NYS Secretary of State and proof of such service thereof was filed on January 10, 2023 and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that Plaintiffs have judgment against Defendant in the liquidated amount of Twenty Four Thousand One Hundred Twenty Three Dollars and Forty Three Cents ($24,123.43) which includes the following: $18,198.25 in unpaid fringe benefit contributions and for the period September 1, 2021 through to and including November 30, 2022; $606.45 in interest calculated at 5% per annum for each delinquent month through January, 2023; $909.91 in liquidated damages calculated at 5% of the principal amount due for unpaid fringe benefit contributions for the period September 1, 2021 through to and including November 30, 2022; $1,819.82 in late charges calculated at 10% on unpaid fringe benefit contributions for the period September 1, 2021 through to and including November 30, 2022; attorneys' fees in the amount of $2,110.00; court costs and

disbursements in the amount of $479.00 pursuant to the Agreement and in accordance with Section 502(g)(2)(D) of ERISA 29 U.S.C. 1132 (g)(2)(D)).

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs is entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
      April 18, 2023

So Ordered:

_____
Honorable Philip M. Halpern, U.S.D.J.